NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                              BK–17–12657–mkn
                                                    CHAPTER 7
MICHAEL V THOMPSON JR

                Debtor(s)                    NOTICE OF DOCKETING
                                                    ERROR

_____

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *12* – Chapter 7 Means Test Calculation Form 122A–2 Filed by SETH D BALLSTAEDT on behalf of MICHAEL V THOMPSON JR (BALLSTAEDT, SETH) |
| Filed On: | 6/9/17 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

    *   PDF is an incorrect image. Please file an amended pleading or file it in the correct case immediately.

Dated: 6/12/17

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>http://www.nvb.uscourts.gov</u>**